NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RACETECH, LLC,**

*Plaintiff-Appellant*

**v.**

**KENTUCKY DOWNS, LLC, EXACTA SYSTEMS, LLC, FKA ENCORE GAMING, LLC,**

*Defendants-Appellees*

---

2016-1672

---

Appeal from the United States District Court for the Western District of Kentucky in No. 1:15-cv-00059-GNS-HBB, Judge Gregory N. Stivers.

---

**JUDGMENT**

---

RICHARD L. BROPHY, Armstrong Teasdale LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by MARK A. THOMAS, ZACHARY CHARLES HOWENSTINE.

SPIRO BEREVESKOS, Woodard, Emhardt, Moriarty, McNett & Henry LLP, Indianapolis, IN, argued for defendants-appellees. Also represented by WILLIAM ALEX MCKENNA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| February 13, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |